IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>   Plaintiff,<br><br>             v.<br><br>HOLLIS COBB ASSOCIATES, INC., D/B/A PATIENT ACCOUNTS BUREAU<br><br>   Defendant. | Civil Action No.<br>1:21-cv-02075-SDG |

## SCHEDULING ORDER

After reviewing the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court.

Signed this the 14th day of September 2021.

                                                      Steven D. Grimberg
                                        United States District Court Judge