UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>HOLLIS COBB ASSOCIATES, INC.,<br><br>    Defendant. | Case No. 1:21-cv-02075-SDG<br><br>Honorable Judge: Steven D. Grimberg |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, HOLLIS COBB ASSOCIATES, INC., ("HCA"), by and through its undersigned attorneys, pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, hereby moves that summary judgment be entered in its favor and against Plaintiff as to all claims asserted in the Complaint. In support of its Motion, Defendant incorporates by reference the arguments made and the authorities cited in its Memorandum of Law in Support of its Motion for Summary Judgment filed contemporaneously with this Motion.

WHEREFORE, Defendant, HOLLIS COBB ASSOCIATES, INC., requests that this Court enter an Order granting summary judgment in Defendant's favor and against Plaintiff on all claims asserted in the Complaint and that judgment be entered pursuant to Federal Rule of Civil Procedure 56.

Respectfully submitted,

HOLLIS COBB ASSOCIATES, INC.,
Defendant

By: Its Attorneys

/s/ *Paul Buschmann*

Paul Buschmann, Esq.
GA Bar No. 098430
HINSHAW & CULBERTSON LLP
One East Broward Blvd., Suite 1010
Ft. Lauderdale, FL 33301
Phone: 954-375-1134
Facsimile: 954-467-1024
e-mail: pbuschmann@hinshawlaw.com

Dated: February 7, 2022

## **CERTIFICATE OF SERVICE**

I, Paul Buschmann, hereby certify that on this 7th day of February, 2022, I electronically filed the foregoing, **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

*/s/ Paul Buschmann*
Paul Buschmann
