IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY R. FRANKLIN,<br><br> Plaintiff,<br><br>v.<br><br>HOLLIS COBB ASSOCIATES, INC.<br><br> Defendant. | CIVIL ACTION FILE NO.<br>1:21-cv-2075-SDG |

## ORDER SETTING MEDIATION

A two-hour mediation via Zoom is hereby set for **January 18, 2023**, beginning at 9:00 a.m.

On or before **December 21, 2022,** Plaintiff must contact Judge Salinas's courtroom deputy, Angela Smith, at 404-215-1380, and provide Judge Salinas with his full contact information including a working email address and phone number. Plaintiff must also advise whether he would like counsel appointed for the limited purpose of the Zoom mediation and state whether he has the technological ability to use Zoom. After Plaintiff provides this information, Judge Salinas will set up separate pre-mediation calls with Plaintiff and defense counsel in early January to assess the case in advance of the Zoom mediation on January 18.

The parties, their representatives, and all other participants in the upcoming mediation are hereby **ORDERED** to keep all communications, negotiations, and statements made during the course mediation confidential.

**SO ORDERED** on November 21, 2022.

CATHERINE M. SALINAS
United States Magistrate Judge